Bar docket No. 3362

In re PETER HAMILTON WILLEMS voluntary surrender of his certif-
icate to practice law in the State of Kansas.

(438 P. 2d 957)

Opinion canceling certificate filed April 6, 1968.

*Per Curiam:* On February 27, 1968, Peter Hamilton Willems
voluntarily surrendered his certificate admitting him to practice
law in the courts of the State of Kansas, and it is BY ORDER OF THE
COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the
certificate VOID and to STRIKE Peter Hamilton Willems' name from
the roll of attorneys.